IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:03-cv-00740 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| ONE 1999 VECTOR M12, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court GRANTS the United States' Motion for Summary Judgment (doc. 20), FINDS that Defendant vehicles, one 1996 Vector M12, VIN 1V9MB1220T1048001, registered to American Aeromotive Corporation, 7335 Park Avenue, Cincinnati, Ohio 45231, are forfeited pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C), for having been purchased from the proceeds traceable to wire fraud, and DISMISSES this case from the Court's docket.

12/1/05                                                                           James Bonini, Clerk

                                                                          s/Kevin Moser
                                                                          Kevin Moser
                                                                          Deputy Clerk